SO ORDERED,



**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: July 7, 2022

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    LARRY JOE CLANTON, Debtor           Case No. 22-00698-JAW
                                                CHAPTER 12

### ORDER ON MOTION FOR EXTENSION OF TIME TO FILE PLAN

THIS CAUSE having come on for consideration of the Motion for Extension of Time to File Plan (the "Motion") [DK # 40] filed herein by Debtor, and the Court having considered the Motion, and being fully advised in the matter, is of the opinion that the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motion for Extension of Time to File a Plan is hereby granted, and the Debtor shall file his Plan of Reorganization within this Chapter 12 case within forty-five (45) days from the date of this Order.

#END OF ORDER#

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR